**FILED**
APR 26 2021
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

April 21, 2021

To whom it may concern,

P.S. Commissary comes only once a month here I am told. I have no funds therefore I could not buy the stuff I needed to write to you. I sincerely apologize.

My name is Austin L Rhodes II case # 2:20-CV-02111-SEM-TSH. I am respectfully requesting that my case not be dismissed. I had no way of writing to notify the court that my address had changed. For security reasons, Vermilion County did not tell me what day I would be coming to Stateville Correctional Center. Also there is no money in my inmate trust fund account. I have not been able to purchase any pre stamped envelopes from commissary. I had to trade one of my meds to get this envelope and paper in order to respond to your letter. Please do not dismiss my case. I have no funds to purchase the materials needed to write to you. However, I am due to parole out on May 21, 2021. Thank you for your time concerning this matter.

Respectfully: Austin L Rhodes
Austin L. Rhodes II